IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOAN WHITNEY,

    Plaintiff,

vs.

NRA GROUP, LLC (a foreign
limited liability company),

    Defendants

CASE NO:

_____/

IN THE COUNTY COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
INA DN FOR HILLSBOROUGH COUNTY, FLORIDA
CIVIL DIVISION

JOAN WHITNEY,

    Plaintiff,

vs.

NRA GROUP, LLC (a foreign
limited liability company),

    Defendants.

CASE NO: 11-CC-01659
DIVISION: I

_____/

**PETITION FOR REMOVAL**

**TO:** The Honorable Judges of the United States District Court for the Middle District of Florida

NOW COMES Defendant and Petitioner for removal, .NRA GROUP LLC (a foreign limited liability company), and with reservation of all rights, hereby removes from the County Court for Hillsborough County, Florida, the proceeding entitled and captioned: <u>Joan Whitney vs. NRA Group LLC ( a foreign limited liability company)</u>, Case No. 11-cc-01659, on the basis of federal question jurisdiction.

The Petition is based on the following grounds:

1. Defendant/Petitioner, has been named as a Defendant in a civil action brought against it in the County Court in and for Hillsborough County Florida, <u>Joan Whitney vs. NRA Group LLC ( a foreign limited liability company)</u>, Case No. 11-cc- 01659A copy of the Complaint filed in the action, in addition to all process and pleadings served upon Defendant/Petitioner, are provided on the attached disk in pdf format.

2. The Complaint asserts a claim for alleged violations of the Fair Debt Collection Practices Act, 15 U.S.C. 1692a, *et seq.*

3. The above-described action is a civil action over which this Court has original jurisdiction under the provisions of 28 U.S.C. §1331, and is one that may be removed to this Court by the Defendant/Petitioner pursuant to the provisions of 28 U.S.C. §1441(a), in that it is a civil action based upon a federal question over which this Court has original jurisdiction.

4. This Petition for Removal is filed with this Court within thirty (30) days after the Complaint was served and is, therefore, timely pursuant to 28 U.S.C. §1446(b).

WHEREFORE, Defendant prays that the above entitled action be removed from the County Court in and for Sarasota County, Florida, to the United States District Court for the Middle District of Florida, Tampa Division, for all further proceedings.

Respectfully submitted by:

*Spengler*
Dale T. Golden, Esq.
Florida Bar No.: 094080
Sangeeta Spengler
Florida Bar No: 0186864
GOLDEN & SCAZ, PLLC
201 North Armenia Avenue
Tampa, FL 33609
Telephone No.: 813-251-5500
Facsimile:    813-251-3675

**CERTIFICATE OF SERVICE**

I HERE BY CERTIFY that a true and correct copy of the foregoing has been furnished via facsimile and regular U.S. mail this 22th day of February, 2011 to James S. Giardina, Esq., THE CONSUMER RIGHTS LAW GROUP, PLLC, 3802 Bay to Bay Blvd., Ste. 11, Tampa, Florida 33629.

By: *Spengler*
Sangeeta Spengler, Esquire
Florida Bar No.: 0186864