**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**JOAN WHITNEY,**

    **Plaintiff(s),**

**v.**　　　　　　　　　　　　　　　　　　**CASE NO:  8:11-CV-357-T-30AEP**

**NRA GROUP, LLC,**

    **Defendant(s).**
_____/

### ORDER OF DISMISSAL

The Court has been advised via the Joint Response to Court's Order to Show Cause (Dkt. #10) that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this Order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  All pending motions, if any, are **DENIED** as moot.  The Clerk is directed to close the file.

**DONE and ORDERED** in Tampa, Florida on October 31, 2011.

*[Signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2011\11-cv-357 dismiss 10.docx