UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**JOAN WHITNEY**
    Plaintiff,

 vs.              CASE NUMBER:
                    8:11-CV-00357-JSM-AEP

**NRA GROUP, LLC (a foreign
limited liability company)**
    Defendants.
_____/

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

**COME NOW**, the Parties herein, by and through their undersigned counsel, and will represent to the Court that this matter has been amicably settled, and would request entry of a Final Order of Dismissal With Prejudice in this matter, with each party to bear their own costs and attorneys' fees.

DATED this 2nd day of December, 2011.

| | |
|---|---|
| /s/ James S. Giardina | /s/ Sangeeta P. Spengler |
| JAMES S. GIARDINA | SANGEETA P. SPENGLER |
| Florida Bar No. 942421 | Florida Bar Number: 186864 |
| THE CONSUMER RIGHTS LAW GROUP | GOLDEN & SCAZ, PLLC |
| 3104 West Waters Ave., Suite 200 | 201 North Armenia Avenue |
| Tampa, FL 33614 | Tampa, FL 33609 |
| Phone: 813-435-5055 | Phone: 813-251-5500 |
| Fax: 866-535-7199 | Fax: 813-251-3675 |
| James@ConsumerRightsLawGroup.com | Dale.Golden@GoldenScaz.com |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |