UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOAN WHITNEY
        Plaintiff,

vs.

CASE NUMBER:
8:11-CV-00357-JSM-AEP

NRA GROUP, LLC (a foreign
limited liability company)
        Defendants.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

**COME NOW**, the Parties herein, by and through their undersigned counsel, and will represent to the Court that this matter has been amicably settled, and would request entry of a Final Order of Dismissal With Prejudice in this matter, with each party to bear their own costs and attorneys' fees.

DATED this 2nd day of December, 2011.

/s/ James S. Giardina
JAMES S. GIARDINA
Florida Bar No. 942421
THE CONSUMER RIGHTS LAW GROUP
3104 West Waters Ave., Suite 200
Tampa, FL 33614
Phone: 813-435-5055
Fax: 866-535-7199
James@ConsumerRightsLawGroup.com
*Attorney for Plaintiff*

/s/ Sangeeta P. Spengler
SANGEETA P. SPENGLER
Florida Bar Number: 186864
GOLDEN & SCAZ, PLLC
201 North Armenia Avenue
Tampa, FL 33609
Phone: 813-251-5500
Fax: 813-251-3675
Dale.Golden@GoldenScaz.com
*Attorneys for Defendant*

This motion/petition/stipulation has been duly considered and is hereby **GRANTED**, this **6** day of **DECEMBER**, 20**11**.

_____
JAMES S. MOODY, JR.
U.S. DISTRICT JUDGE